Case MDL No. 2338 Document 151 Filed 05/07/12 Page 1 of 2



U.S. DISTRICT COURT FILED MAY 07 2012 S.D. OF N.Y.

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: MF GLOBAL HOLDINGS LTD.
INVESTMENT LITIGATION**          MDL No. 2338

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO−1)

On April 23, 2012, the Panel transferred 1 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Victor Marrero.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Marrero.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of New York for the reasons stated in the order of April 23, 2012, and, with the consent of that court, assigned to the Honorable Victor Marrero.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Jeffery Lüthi* (signature)

Jeffery N. Lüthi
Clerk of the Panel

---

Inasmuch as no objection is pending at this time, the stay is lifted.

May 07, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

---

**A CERTIFIED COPY
RUBY J. KRAJICK, CLERK**

BY *Shanté Jones*
Deputy Clerk

IN RE: MF GLOBAL HOLDINGS LTD.
INVESTMENT LITIGATION                                   MDL No. 2338

### SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|

ILLINOIS NORTHERN

| | | | |
|---|---|---|---|
| ILN | 1 | 12-01325 | Pierce et al vs. Corzine et al |

MONTANA

| | | | |
|---|---|---|---|
| MT | 9 | 12-00005 | Klinker et al v. JP Morgan Chase &Co. et al |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| ~~NYE~~ | ~~1~~ | ~~12-01516~~ | ~~Arvelo v. Corzine et al~~  Opposed 5/7/12 |